

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-4214

November 13, 2025

**Via CM/ECF**

Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

    RE:   *McMaster v. Department of Labor*, No. 25-1986

Dear Ms. Anowi:

    The federal government writes to provide notice that Department of Justice attorneys have resumed their usual civil litigation functions. Based on the Court's prior order, I understand that all case deadlines have been extended by the duration of the lapse in appropriations plus 14 days, *i.e.*, 43 days plus 14 days = 57 days. Thus, our understanding is that appellees' brief is due no later than January 12, 2025.

                                    Sincerely,

                                    */s/ J. Kain Day*
                                    J. Kain Day

cc:    All counsel (via CM/ECF)